Case 1:20-mj-02125-LMR Document 1 Entered on FLSD Docket 01/27/2020 Page 1 of 2

FILED BY ____YR____ D.C.
Jan 27, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

20-2125-MJ-REID

AO 443 (Rev. 11/11) Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case.

# UNITED STATES DISTRICT COURT
## for the
### District of Virgin Islands

| | |
|---|---|
| United States of America<br>.v.<br>COURTNEY MATTHIAS<br>*Defendant* | ) ) ) ) ) Case No. 3: 19- cr- 000069 |

## WARRANT FOR THE ARREST OF A WITNESS
## OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* Daniela Luzardo Castellano # 11103-094, a person

☐ who has been served with a subpoena to appear in this case and has failed to do so.
☑ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date: January 17, 2020

_____
*Issuing officer's signature*

City and state: St Thomas, US Virgin Island

Ruth Miller, Magistrate Judge
*Printed name and title*

Rec'd USMS-STT JAN 17 '20 AM10:40

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 443 (Rev. 11/11) Warrant for the Arrest of a Witness or Material Witness in A Pending Criminal Case (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of witness: Daniela Luzardo Castellano

Known aliases:

Last known residence: Venezuela

Prior addresses to which witness may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:   Weight:

Sex: Female   Race:

Hair:   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: A File #A216 303 805

Complete description of auto:

Investigative agency and address: